IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

COLUMBUS LIGHT AND WATER
DEPARTMENT            PLAINTIFF

v.            Civil Cause No. 1:18-cv-00031-GHD-DAS

UMR, INC., and
JOHN DOES 1-5            DEFENDANTS

---

**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

---

In accordance with the memorandum opinion issued this day, the Court **ORDERS** that:

1. Defendant UMR, Inc's motion for judgment [6] on the pleadings is **GRANTED**;

2. UMR's motion to strike [11] is **DENIED**;

3. Plaintiff Columbus Light and Water Department's claims are **DISMISSED**; and

4. This case is **CLOSED**.

**SO ORDERED**, this, the 7th day of May, 2018.

_____
SENIOR U.S. DISTRICT JUDGE