UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

COLUMBUS LIGHT AND WATER DEPARTMENT                    PLAINTIFF

v.                                          Civil No. 1:18-cv-00031-GHD-DAS

UMR, INC.                                                DEFENDANT

**ORDER DENYING MOTION FOR RECONSIDERATION**

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that the Plaintiff's Motion for Reconsideration is DENIED.

SO ORDERED, this, the 24th day of July, 2018.

_____
SENIOR U.S. DISTRICT JUDGE